UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| SADEQ ALI QURAISHI, | Crim. No. 22-cr-10306-AK |
| Defendant | |

**JOINT EXHIBIT LIST**

Pursuant to the Court's Pretrial Order, the parties hereby submit their joint exhibit list.

**Uncontested Exhibits**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Exhibit Number** | **Offered By** | **Brief Description** | | | |
| 1 | Government | Photo of Courtyard by Marriott in Waltham, MA | | | |
| 2 | Government | Photo of Courtyard by Marriott in Waltham, MA | | | |
| 3 | Government | Map of area around Courtyard by Marriott in Waltham, MA | | | |
| 4 | Government | Skipthegames advertisement listing phone number (978) 344-1833 (USAO_001082) | | | |
| 5 | Government | Text communications between phone number (978) 344-1833 and (617) 513-9824 (USAO_001083) | | | |
| 6 | Government | Audio recording of undercover agent and Quraishi on Nov. 2, 2022 (USAO_001095) | | | |
| 7 | Government | Transcript of recording of undercover agent and Quraishi on Nov. 2, 2022 | | | |
| 8 | Government | Photo of Ford Mustang with Massachusetts license plate number 3WD653 (USAO_001028) | | | |
| 9 | Government | Photo of wallet in center console of Ford Mustang (USAO_001036) | | | |
| 10 | Government | Photo of red and white Apple iPhone in Ford Mustang (USAO_001045) | | | |
| 11 | Government | Photo of Skyn condoms (USAO_001057) | | | |
| 12 | Government | AT&T Wireless subscriber records for phone number (617) 513-9824 (USAO_001208) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Government | Map depicting location of cell phone assigned (617) 513-9824 on Nov. 2, 2022 | | | |
| 14 | Government | Stipulation of fact regarding AT&T Wireless | | | |
| 15 | Government | Stipulation of fact regarding Marriot International, Inc. | | | |
| 16 | Government | Quraishi's cell phone, Apple iPhone, seized at Courtyard by Marriott in Waltham, MA on Nov. 2, 2022 | | | |
| 17 | Government | Extraction report for Quraishi's cell phone: Device Information | | | |
| 18 | Government | Extraction report for Quraishi's cell phone: call log for Nov. 1, 2022 through Nov. 2, 2022 | | | |
| 19 | Government | Extraction report for Quraishi's cell phone: Text communication between phone numbers (978) 344-1833 and (617) 513-9824 | | | |
| 20 | Government | Extraction report for Quraishi's cell phone: Web history regarding undercover agent's internet advertisement | | | |
| 21 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 210-742-6876 from Oct. 25, 2022 | | | |
| 22 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 903-392-0106 from Oct. 11, 2022 | | | |
| 23 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 904-575-1135 from Oct. 22, 2022, through Oct. 23, 2022 | | | |
| 24 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 346-213-1604 from Oct. 25, 2022 | | | |
| 25 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 980-655-8513 from Oct. 24, 2022 | | | |
| 26 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 704-579-5586 from Oct. 24, 2022 | | | |
| 27 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 857-396-8145 from Oct. 20, 2022, through Oct. 21, 2022 | | | |
| 28 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 213-980-1480 from Nov. 2, 2022 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 607-246-8149 from Oct. 25, 2022 | | | | |
| 30 | Government | Extraction report for Quraishi's cell phone: photo b1ff2aba-28b2-4c5f-9817-ef8feba6d848.jpg | | | | |
| 31 | Government | Extraction report for Quraishi's cell phone: photo 0BDFC17D-91FF-4B24-8583-7EE1D91F05FB | | | | |
| 32 | Government | Extraction report for Quraishi's cell phone: Device Locations for Nov. 2, 2022 | | | | |
| 33 | Government | Extraction report for Quraishi's cell phone: iPhone Network Data Usage | | | | |
| 34 | Defendant | IMG_6287 | | | | |
| 35 | Defendant | IMG_6281 | | | | |
| 36 | Defendant | IMG_6280 | | | | |
| 37 | Defendant | IMG_6276 | | | | |
| 38 | Defendant | IMG_6273 | | | | |
| 39 | Defendant | IMG_6271 | | | | |

**Exhibits to be Offered at Trial**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Exhibit Letter** | **Offered By** | **Brief Description** | **Objection** | | | |
| A | Government | Booking photo of Quraishi | Relevance 403 | | | |
| B | Government | Photo of Massachusetts General Hospital identification for Sadeq Quraishi, M.D. (USAO_001054) | Relevance | | | |
| C | Government | Photo of Tufts Medical Center Physicians Health Plan Insurance card for Sadeq A. Quraishi, M.D. (USAO_001064) | Relevance | | | |
| D | Government | Photo of Massachusetts Board of Registration of Medicine license for Sadeq A. Quraishi, M.D. (USAO_001069) | Relevance | | | |
| E | Government | Photo of Massachusetts driver's license for Sadeq Ali Quraishi (USAO_001067) | Relevance | | | |
| F | Government | AT&T Wireless call detail records with location data for phone number (617) 513-9824 (USAO_001187-1206) | Relevance *(as to dates before 11/2/22)* | | | |
| G | Government | Extraction report for Quraishi's cell phone: Web history from Oct. 3, 2022, through Nov. 2, 2022 | Relevance *(as to dates before 11/2/22)* 403 see Dkt. 77 | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| H | Government | Extraction report for Quraishi's cell phone: Searched Items from Oct. 3, 2022, through Nov. 2, 2022 | Relevance *(as to dates before 11/2/22)* 403 see Dkt. 77 | | | |
| I | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 617-465-3798 from Oct. 7, 2022, through Nov. 2, 2022 | 403 *(as to portions)* See Dkt. 77 | | | |
| J | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 781-499-8835 from Oct. 18, 2022, through Oct. 31, 2022 | 403 *(as to portions)* See Dkt. 77 | | | |
| K | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 281-747-8476 from Oct. 25, 2022 | 403 *(as to portions)* See Dkt. 77 | | | |
| L | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 336-944-7399 from Nov. 2, 2022 | Relevance 403 | | | |
| M | Government | Extraction report for Quraishi's cell phone: photo 16175139824-1582896620.jpg | Relevance 403 See Dkt. 75 | | | |
| A | Defendant | Sarah Sweetie Photo | Foundation Relevance | | | |
| B | Defendant | June 281-747-8476 Photo | Foundation Relevance | | | |
| C | Defendant | 346-213-1604 Photo | Foundation Relevance | | | |

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By:    */s/ Lauren A. Graber*
        BRIAN A. FOGERTY
        LAUREN A. GRABER
        Assistant U.S. Attorneys


        SADEQ ALI QURAISHI

By:    */s/ Dan Gaudet*
        DAN GAUDET
        J.W. CARNEY, JR.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                            /s/ *Lauren A. Graber*
                                            Assistant U.S. Attorney

Date: September 23, 2024