UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 22-cr-10306-AK |
| ) | |
| SADEQ QURAISHI ) | |

**ADDENDUM TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF GOVERNMENT'S 404(b) EVIDENCE**

The defendant, Sadeq Quraishi, submits this addendum to his motion to exclude portions of the government's proposed Rule 404(b) evidence. *See* ECF No. 77. This supplement identifies the specific text messages that the defendant seeks to exclude, which were attached as exhibits to the initial pleading.

Docket 77-3:

| Page | Sender | Text |
|---|---|---|
| 8 | Quraishi | Could I ask you a favor … please feel free to shower and get ready as you do but if you have not pooped yet today could you please hold off of going until we are done? I'd appreciate it. |
| 9 | Quraishi | If not it's ok just figured I'd ask – last time there was some stuff up in there and I really enjoyed playing around with it … so if you don't mind would like to do that again. But if not it's ok. |
| 15 | Quraishi | I hope you didn't mind me asking about your bowels earlier … was kind of really hot and bothered at the thought of seeing you today and not thinking straight … |

Docket 77-4:

| Page | Sender | Text |
|---|---|---|
| 4 | Quraishi | Just looking for a beautiful bottom girl 😊 |
| 18 | Quraishi | And I really do feel bad – I thought you were close but my left hamstring was literally going to Charlie horse … |
| 19 | June Houston | Not cumming doesn't bug me like it once would have |
| 19 | Quraishi | Ok but still feel bad and that just means I owe you |
| 19 | June Houston | It's quite a feat that you got me close tbh |

Docket 77-5:

| Page | Sender | Text |
|---|---|---|
| 5 | Quraishi | Same here and yes unfortunately your butt hurt = my cock very happy |
| 8 | Quraishi | Just checking in to see if you pooped lately – lol!!!! Happy to help out |
| 9 | CF Julez | Please very constipated, lol… |
| 9 | CF Julez | All right well I'm going to have to take him you know an ennama |
| 9 | Quraishi | Noooo |
| 10 | Quraishi | I'm coming to help!!!! |
| 10 | Quraishi | I have a special cum enema for you!!! |
| 12 | Quraishi | Better warm up those shoulders … need you to each back and pull both those gorgeous cheeks open for me today!!! Can you tell I'm suuuuuuuper horny!!! |
| 17 | Quraishi | Or should I ask when do you usually need to poop lol!!!! |
| 21 | Quraishi | I don't know why when you say that it makes me horny |
| 21 | Quraishi | Something messed up in my head – smh lol |
| 22 | CF Julez | To each their own, makes me feel better plus I'm constipated so need a Lil help |
| 22 | Quraishi | Gladly |
| 22 | CF Julez | My sex toy ain't working so I need sum Dick in my life |
| 23 | Quraishi | And glad to oblige there too |
| 23 | Quraishi | Can't wait to get you all wet |
| 23 | CF Julez | I'm very wet |
| 26 | CF Julez | Ohh , I really do feel like I have to go to the bathroom, almost ready.. |
| 26 | Quraishi | Ok hun hurry |
| 26 | Quraishi | I want you to that while you're here!!! |
| 27 | Quraishi | I need your ass hun … you got me all hot and bothered since 5.30! And sadly I gotta go to work soon too 😕 |
| 30 | CF Julez | Hey babe, I'm sorry, when will you be able to get sum bum n fill it with cum… |

SADEQ QURAISHI  
By His Attorneys,  
CARNEY, GAUDET & CARNEY

*Daniel J. Gaudet*  
Daniel J. Gaudet  
B.B.O. # 688120  
20 Park Plaza, Suite 614  
Boston, MA 02116

October 3, 2024

617-933-0350
DGaudet@CarneyDefense.com

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet