UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| SADEQ ALI QURAISHI, | Crim. No. 22-cr-10306-AK |
| Defendant | |

## AMENDED JOINT EXHIBIT LIST

Pursuant to the Court's Pretrial Order, and following the conference held on October 2, 2024, the parties hereby submit their amended joint exhibit list.

**Uncontested Exhibits**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Exhibit Number** | **Offered By** | **Brief Description** | | | |
| 1 | Government | Photo of Courtyard by Marriott in Waltham, MA (USAO_003529) | | | |
| 2 | Government | Photo of Courtyard by Marriott in Waltham, MA (USAO_003530) | | | |
| 3 | Government | Map of area around Courtyard by Marriott in Waltham, MA (USAO_003531) | | | |
| 4 | Government | Skipthegames advertisement listing phone number (978) 344-1833 (USAO_001082) | | | |
| 5 | Government | Text communications between phone number (978) 344-1833 and (617) 513-9824 (USAO_001083) | | | |
| 6 | Government | Audio recording of undercover agent and Quraishi on Nov. 2, 2022 (USAO_001095) | | | |
| 7 | Government | Transcript of recording of undercover agent and Quraishi on Nov. 2, 2022 | | | |
| 8 | Government | Photo of Ford Mustang with Massachusetts license plate number 3WD653 (USAO_001028) | | | |
| 9 | Government | Photo of wallet in center console of Ford Mustang (USAO_001036) | | | |
| 10 | Government | Photo of red and white Apple iPhone in Ford Mustang (USAO_001045) | | | |
| 11 | Government | Photo of Skyn condoms (USAO_001057) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Government | AT&T Wireless subscriber records for phone number (617) 513-9824 (USAO_001208) | | | |
| 13 | Government | Map depicting location of cell phone assigned (617) 513-9824 on Nov. 2, 2022 (USAO_004104) | | | |
| 14 | Government | Stipulation of fact regarding AT&T Wireless (USAO_003527) | | | |
| 15 | Government | Stipulation of fact regarding Marriot International, Inc. (USAO_003528) | | | |
| 16 | Government | Quraishi's cell phone, Apple iPhone, seized at Courtyard by Marriott in Waltham, MA on Nov. 2, 2022 | | | |
| 17 | Government | Extraction report for Quraishi's cell phone: Device Information (USAO_003542) | | | |
| 18 | Government | Extraction report for Quraishi's cell phone: call log for Nov. 1, 2022 through Nov. 2, 2022 (USAO_003543) | | | |
| 19 | Government | Extraction report for Quraishi's cell phone: Text communication between phone numbers (978) 344-1833 and (617) 513-9824 (USAO_003544) | | | |
| 20 | Government | Extraction report for Quraishi's cell phone: Web history regarding undercover agent's internet advertisement (USAO_003567) | | | |
| 21 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 210-742-6876 from Oct. 25, 2022 (USAO_003570) | | | |
| 22 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 903-392-0106 from Oct. 11, 2022 (USAO_003572) | | | |
| 23 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 904-575-1135 from Oct. 22, 2022, through Oct. 23, 2022 (USAO_003578) | | | |
| 24 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 346-213-1604 from Oct. 25, 2022 (USAO_003585) | | | |
| 25 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 980-655-8513 from Oct. 24, 2022 (USAO_003591) | | | |
| 26 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 704-579-5586 from Oct. 24, 2022 (USAO_003595) | | | |
| 27 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 857-396-8145 from Oct. 20, 2022, through Oct. 21, 2022 (USAO_003598) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 28 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 213-980-1480 from Nov. 2, 2022 (USAO_003603) | | | |
| 29 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 607-246-8149 from Oct. 25, 2022 (USAO_003606) | | | |
| 30 | Government | Extraction report for Quraishi's cell phone: photo b1ff2aba-28b2-4c5f-9817-ef8feba6d848.jpg (USAO_003608) | | | |
| 31 | Government | Extraction report for Quraishi's cell phone: photo 16175139824-1582896620.jpg | | | |
| 32 | Government | Extraction report for Quraishi's cell phone: Device Locations for Nov. 2, 2022 (USAO_003610) | | | |
| 33 | Government | Extraction report for Quraishi's cell phone: iPhone Network Data Usage (USAO_004019) | | | |
| 34 | Defendant | IMG_6287 (USAO_004098) | | | |
| 35 | Defendant | IMG_6281 (USAO_004099) | | | |
| 36 | Defendant | IMG_6280 (USAO_004100) | | | |
| 37 | Defendant | IMG_6276 (USAO_004101) | | | |
| 38 | Defendant | IMG_6273 (USAO_004102) | | | |
| 39 | Defendant | IMG_6271 (USAO_004103) | | | |
| 40 | Government | Extraction report for Quraishi's cell phone: Web history from Oct. 3, 2022, through Nov. 2, 2022 | | | |
| 41 | Government | Extraction report for Quraishi's cell phone: Searched Items from Oct. 3, 2022, through Nov. 2, 2022 | | | |
| 42 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 617-465-3798 from Oct. 7, 2022, through Nov. 2, 2022 | | | |
| 43 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 781-499-8835 from Oct. 18, 2022, through Oct. 31, 2022 | | | |
| 44 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 281-747-8476 from Oct. 25, 2022 | | | |
| 45 | Government | Extraction report for Quraishi's cell phone: Text communication with phone number 336-944-7399 from Nov. 2, 2022 | | | |
| 46 | Government | Quraishi cell phone seized from vehicle | | | |
| 47 | Government | Photo of Massachusetts General Hospital identification for Sadeq Quraishi, M.D. (USAO_001054) | | | |
| 48 | Government | Photo of Tufts Medical Center Physicians Health Plan Insurance card for Sadeq A. Quraishi, M.D. (USAO_001064) | | | |
| 49 | Government | Photo of Massachusetts Board of Registration of Medicine license for Sadeq A. Quraishi, M.D. (USAO_001069) | | | |
| 50 | Government | Photo of Massachusetts driver's license for Sadeq Ali Quraishi (USAO_001067) | | | |

                Respectfully submitted,

                JOSHUA S. LEVY
                Acting United States Attorney

By:      */s/ Lauren A. Graber*
                BRIAN A. FOGERTY
                LAUREN A. GRABER
                Assistant U.S. Attorneys


                SADEQ ALI QURAISHI

By:      */s/ Dan Gaudet*
                DAN GAUDET
                J.W. CARNEY, JR.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      /s/ *Lauren A. Graber*
      Assistant U.S. Attorney

Date: October 8, 2024