AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SADEQ ALI QURAISHI

**EXHIBIT AND WITNESS LIST**

Case Number: 22-CR-10306-AK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Angel Kelley | AUSA Graber, Fogerty | Gaudet, Carney |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/7/2024 - 10/10/2024 | L. Walsh | M. Lara |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/8/2024 | | Y | Photo of Courtyard by Marriott in Waltham, MA/ Testimony of (1) HSI Agent Kristen Draper |
| 2 | | 10/8/2024 | | Y | Photo of Courtyard by Marriott in Waltham, MA |
| 3 | | 10/8/2024 | | Y | Map of area around Courtyard by Marriott in Waltham, MA |
| 4 | | 10/8/2024 | | Y | Skipthegames advertisement listing phone number (978) 344-1833 |
| 5 | | 10/8/2024 | | Y | Text communications between phone number (978) 344-1833 and (617) 513-9824 |
| 19 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with undercover agent |
| 41 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Web history from Oct. 3, 2022, through Nov. 2, 2022 |
| 6 | | 10/8/2024 | | Y | Audio recording of undercover agent and Quraishi on Nov. 2, 2022 |
| 7 | | 10/8/2024 | | Y | Transcript of recording of undercover agent and Quraishi on Nov. 2, 2022 |
| 21 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 210-742-6876 |
| 22 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 903-392-0106 |
| 23 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 904-575-1135 |
| 24 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 346-213-1604 |
| 25 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 980-655-8513 |
| 26 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 704-579-5586 |
| 27 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 857-396-8145 |
| 28 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 213-980-1480 |
| 29 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 607-246-8149 |
| 42 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 617-465-3798 |
| 43 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 781-499-8835 |
| 44 | | 10/8/2024 | | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 281-747-8476 |
| | | 10/9/2024 | | | Testimony of HSI Agent Kristen Draper resumed |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | VS. | SADEQ ALI QURAISHI | CASE NO. 22-CR-10306-AK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 38 | 10/9/2024 |  | Y | Back parking lot at Courtyard by Marriott in Waltham, MA |
|  |  | 10/9/2024 |  |  | Testimony (2) HSI Agent Stacy Fleischmann |
| 16 |  | 10/9/2024 |  | Y | Quraishi's cell phone, seized at Courtyard by Marriott in Waltham, MA on Nov. 2, 2022 |
|  |  | 10/9/2024 |  |  | Testimony (3) HSI Agent Sean Davey |
| 8 |  | 10/9/2024 |  | Y | Photo of Ford Mustang with Massachusetts license plate number 3WD653 |
| 9 |  | 10/9/2024 |  | Y | Photo of wallet in center console of Ford Mustang |
| 10 |  | 10/9/2024 |  | Y | Photo of red and white Apple iPhone in Ford Mustang |
| 11 |  | 10/9/2024 |  | Y | Photo of Skyn condoms box |
| 46 |  | 10/9/2024 |  | Y | Quraishi cell phone seized from vehicle |
| 47 |  | 10/9/2024 |  | Y | Photo of Massachusetts General Hospital identification for Sadeq Quraishi, M.D. |
| 48 |  | 10/9/2024 |  | Y | Photo of Tufts Medical Center Physicians Health Plan Insurance card for Sadeq A. Quraishi, M.D. |
| 49 |  | 10/9/2024 |  | Y | Photo of Massachusetts Board of Registration of Medicine license for Sadeq A. Quraishi, M.D. |
| 50 |  | 10/9/2024 |  | Y | Photo of Massachusetts driver's license for Sadeq Ali Quraishi |
|  |  | 10/9/2024 |  |  | Testimony of (4) HSI Agent Nicole Sorrell |
| 17 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Device Information |
| 18 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: call log for Nov. 1, 2022 through Nov. 2, 2022 |
| 20 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Web history regarding undercover agent's internet ad |
| 30 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: photo |
| 32a |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Subset of Device Locations for Nov. 2, 2022 |
| 33 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: iPhone Network Data Usage |
| 40 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Web history from Oct. 3, 2022, through Nov. 2, 2022 |
| 45 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Text communication with phone number 336-944-7399 |
| 12 |  | 10/9/2024 |  | Y | AT&T Wireless subscriber records for phone number (617) 513-9824 |
| 14 |  | 10/9/2024 |  | Y | Stipulation of fact regarding AT&T Wireless |
| 15 |  | 10/9/2024 |  | Y | Stipulation of fact regarding Marriot International, Inc. |
| 32 |  | 10/9/2024 |  | Y | Extraction report for Quraishi's cell phone: Device Locations for Nov. 2, 2022 |
|  |  | 10/9/2024 |  |  | Tesitmony of (5) Dr. Frederick Berlin |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | vs. | | SADEQ ALI QURAISHI | CASE NO. 22-CR-10306-AK |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 10/9/2024 | | | Testimony of (6) Sadeq Quraishi | |
| 13 | | 10/9/2024 | | | Map depicting location of cell phone assigned (617) 513-9824 on Nov. 2, 2022 | |

Page  3  of  3  Pages