UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 22-cr-10306-AK |
| SADEQ ALI QURAISHI | |
| Defendant | |

## VERDICT FORM

## COUNT 1

1. Do you, the jury, find the Defendant not guilty or guilty of Attempted Sex Trafficking of a Child on or about November 2, 2022, in the District of Massachusetts?

_____ Not Guilty        \_\_X\_\_ Guilty

Date: 10/10/2024        Foreperson: ███████████████

1