UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 22-cr-10306-AK |
| SADEQ QURAISHI | ) ) ) | |

**DEFENDANT'S ASSENTED TO MOTION FOR**
**WINDOW FROM HOME CONFINEMENT**

The defendant, Sadeq Quraishi, moves this Court for a window from his home confinement on October 23, 2024 from 9:00 A.M. to 1:00 P.M. to attend a legal appointment. Following Dr. Quraishi's conviction, the Court released him pending sentencing but ordered him subject to home confinement. He is only permitted to leave his home for medical reasons. Dr. Quraishi has consulted with Attorney Jaime Sultan about potentially handling the appeal in this case. Attorney Sultan wishes to meet with Dr. Quraishi in his office in Lexington on October 23 from 10:00 A.M. to 12:00 P.M. A window from 9:00 A.M. to 1:00 P.M. will allow him to arrive for the meeting on time and return home. The undersigned has confirmed with Attorney Sultan that the meeting is scheduled for this date and time. The government assents to this motion.

SADEQ QURAISHI
By His Attorneys,
CARNEY, GAUDET & CARNEY

*Daniel J. Gaudet*

Daniel J. Gaudet
B.B.O. # 688120
20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
DGaudet@CarneyDefense.com

October 21, 2024

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Daniel J. Gaudet*

Daniel J. Gaudet