UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 22-cr-10306-AK |
| ) | |
| SADEQ QURAISHI ) | |

## MOTION TO WITHDRAW AS COUNSEL

Attorney J. W. Carney, Jr. moves this Court for leave to withdraw as counsel for the defendant, Sadeq Quraishi. As grounds, Dr. Quraishi has retained new counsel to represent him. Local counsel filed his appearance on November 26, 2024 and motions to admit Attorneys Mark Werksman and Karen Sosa *pro hac vice* are currently pending.

> SADEQ QURAISHI
> By His Attorneys,
> CARNEY, GAUDET & CARNEY
>
> */s/ J. W. Carney, Jr.*
> J. W. Carney, Jr.
> B.B.O. # 074760
> 20 Park Plaza, Suite 614
> Boston, MA 02116
> 617-933-0350
> JCarney@CarneyDefense.com

November 27, 2024

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.